**FILED**

**February 01, 2017**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:16-CV-250 |
| | § | |
| TUCKER EWERS, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
TO GRANT PETITIONER'S MOTION TO ENFORCE INTERNAL REVENUE SERVICE
SUMMONS and ORDERING TUCKER EWERS TO APPEAR**

On February 1, 2017 the United States Magistrate Judge issued findings, conclusions and

a recommendation in this cause that respondent Tucker Ewers be ordered to appear before

Revenue Officer JoLaine Montana at 7201 I-40 West, Suite 105, Amarillo, Texas 79106 on the

24th day of February, 2017 at 10:00 a.m. and provide testimony and produce records in

accordance with the Internal Revenue Service Summons properly issued and served on

respondent.

Having made an independent examination of the record in this case, the undersigned

United States District Judge is of the opinion the Magistrate Judge's Findings, Conclusions and

Recommendation should be, and hereby is, ADOPTED.

Respondent Tucker Ewers is ordered to appear to appear before Revenue Officer JoLaine

Montana at 7201 I-40 West, Suite 105, Amarillo, Texas 79106 on the **24th day of February,**

**2017 at 10:00 a.m.** and provide testimony and produce records in accordance with the Internal

Revenue Service Summons properly issued and served on respondent.  Respondent Ewers is admonished that a failure to appear as ordered could result in a determination that he is in contempt of Court which could subject him to fine and/or imprisonment.

The petitioner, United States of America, shall cause a copy of this Order and the Magistrate Judge's Findings, Conclusions and Recommendation to be personally served on respondent Tucker Ewers in a timely manner.

IT IS SO ORDERED.

ENTERED this ____1ST____ day of __February_____ 2017.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE